**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

|  |  |
|---|---|
| THE STATE OF LOUISIANA, by and through its Attorney General, LIZ MURRILL, and ROSALIE MARKEZICH, <br><br> PLAINTIFFS, <br><br> v. <br><br> U.S. FOOD AND DRUG ADMINISTRATION, et al. <br><br> DEFENDANTS. | Civ. No.: 6:25-cv-01491 <br><br> Judge: David C. Joseph <br><br> Mag. Judge: David J. Ayo |

## NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 3(a), Plaintiffs the State of Louisiana, by and through its Attorney General Liz Murrill, and Rosalie Markezich ("Plaintiffs") hereby appeal to the United States Court of Appeals for the Fifth Circuit the Court's Memorandum Ruling (ECF No. 258) denying Plaintiffs' Motion for Preliminary Relief under 5 U.S.C. § 705 (ECF No. 20) and granting the Government's Motion to Stay the Case (ECF No. 50).

Dated: April 8, 2026                          Respectfully submitted,


                                              s/ Caitlin Huettemann
  s/ Erik C. Baptist                          LIZ MURRILL
Erin M. Hawley                                  Attorney General
 Temp. LA Bar No. 918497                      J. Benjamin Aguiñaga*
Erik C. Baptist (Lead)                          Solicitor General
 Temp. LA Bar No. 918496                        TX Bar No. 24101435
Julie Marie Blake                             Caitlin Huettemann (Lead)
 Temp. LA Bar No. 918492                        Assistant Solicitor General
Frank W. Basgall                                LA Bar No. 40402
 Temp. LA Bar No. 918493                      OFFICE     OF    THE    LOUISIANA
Gabriella M. McIntyre                         ATTORNEY GENERAL
 Temp. LA Bar No. 918494                      1885 N. Third Street
Dalton A. Nichols                             Baton Rouge, LA 70804
 Temp. LA Bar No. 918495                      (225) 326-6766
ALLIANCE DEFENDING FREEDOM                    AguinagaB@ag.louisiana.gov
44180 Riverside Parkway                       HuettemannC@ag.louisiana.gov
Lansdowne, VA 20176
(571) 707-4655                                *Counsel for Plaintiff State of Louisiana*
ehawley@adflegal.org
ebaptist@adflegal.org                         *Admitted pro hac vice
jblake@adflegal.org
fbasgall@adflegal.org
gmcintyre@adflegal.org
dnichols@adflegal.org

*Counsel for Plaintiffs State of Louisiana*
*and Rosalie Markezich*

Michael T. Johnson
LA Bar No. 14401
Johnson, Siebeneicher & Ingram
2757 Highway 28 East
Pineville, Louisiana 71360
Telephone: (318) 484-3911
Facsimile: (318) 484-3585
mikejohnson@jslawfirm.com

*Counsel for Plaintiff Rosalie Markezich*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2026, pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), a true and correct copy of the foregoing memorandum, and all attachments thereto, was served by CM/ECF.

Respectfully submitted,

*/s/ Caitlin Huettemann*
CAITLIN HUETTEMANN (La #40402)