# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 20, 2026

Mr. Daniel Winik
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

    No. 26-30203   State of Louisiana v. FDA
                USDC No. 6:25-CV-1491

Dear Counsel:

The Court has requested a response to the Appellant's opposed motion to stay the 2023 REMS under § 705 pending appeal. The response must be filed with this office on or before April 23, 2026, no later than 5:00 p.m. (CST).

    Sincerely,

    LYLE W. CAYCE, Clerk

    *Christy Combel*

    By: _____
    Christy M. Combel, Deputy Clerk
    504-310-7651

cc:
    Mr. John N. Adcock
    Mr. Jorge Benjamin Aguinaga
    Mr. Andrew Marshall Bernie
    Mr. John Patrick Elwood
    Ms. Caitlin Ann Huettemann
    Mr. Michael T. Johnson
    Mr. Robert J. Katerberg
    Mr. Noah T. Katzen
    Mr. William Brock Most
    Ms. Daphne O'Connor