IN THE

# United States Court of Appeals

## FOR THE FIFTH CIRCUIT

Case No. 26-30203

STATE OF LOUISIANA, BY AND THROUGH ITS ATTORNEY GENERAL, LIZ MURRILL;
ROSALIE MARKEZICH,
Plaintiffs-Appellants,

v.

U.S. FOOD & DRUG ADMINISTRATION, *ET AL.*,
Defendants-Appellees.

v.

DANCO LABORATORIES, L.L.C.; GENBIOPRO, INCORPORATED,
Intervenors-Appellees

On Appeal from the United States District Court
for the Western District of Louisiana
Case No. 6:25-cv-01491-DCJ-DJA, Hon. David C. Joseph

**MOTION AND MEMORANDUM REQUESTING LEAVE TO FILE
AMICUS BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR § 705
STAY OR INJUNCTION PENDING APPEAL**

*(Counsel listed on inside cover)*

Meghan Matt (Bar No. 39975)
MURELL LAW FIRM
4005 St. Claude Ave.
New Orleans, LA 70117
(504) 300-9292
meghan@murell.law

Sapna Khatri
BOSTON UNIVERSITY
SCHOOL OF LAW
Program on
Reproductive Justice
765 Commonwealth
Ave. 9th Floor
Boston, MA 02215
(617) 353-3310
sapnak@bu.edu

**MOTION**

The Reproductive Health Initiative for Telehealth Equity & Solutions, Hey Jane, and IGH d/b/a Abortion on Demand (collectively, the "Amici"), by and through undersigned counsel, respectfully request permission to file an Amicus Brief in Opposition of the Plaintiffs' Motion for § 705 Stay or Injunction Pending Appeal. Amici's brief is attached as Exhibit A. In support of this Motion, Amici state as follows:

1. Amici are one allied organization that supports evidence-based access to mifepristone and the use of telehealth to expand access to reproductive healthcare and two reproductive healthcare providers that offer telehealth abortion services. Amici have a direct and substantial interest in the matters at issue in this litigation.

2. Amici have a strong interest in ensuring that all patients can access safe and timely abortion care. The telehealth provider Amici regularly provide telehealth abortion services, including prescribing and dispensing mifepristone, to patients who would otherwise face significant barriers to accessing in-person abortion care.

3. The brief offers a perspective grounded in the lived experiences of patients who have used the telehealth provider Amici's services to access mifepristone. The patient narratives and perspectives featured throughout the

brief illustrate how telehealth removes barriers to care, promotes patient autonomy, improves health outcomes, and advances health equity.

4. Amici submit this brief to assist the Court's understanding of the real-world implications of restrictions to mifepristone and telehealth abortion services.

5. The brief is timely and will not cause undue delay or prejudice to any party. Amici respectfully submit that granting leave to file this brief will aid the Court in resolving the issues presented in this litigation.

For the reasons stated above, Amici respectfully request leave to file the accompanying brief in Opposition of the Plaintiffs' Motion for § 705 Stay or Injunction Pending Appeal, submitted herewith as Exhibit A.

Dated: April 22, 2026

Respectfully submitted,

By: /s/ Meghan Kinney Matt
Meghan Matt (Bar No. 39975)
MURELL LAW FIRM
4005 St. Claude Ave.
New Orleans, LA 70117
(504) 300-9292
meghan@murell.law

By: /s/ Sapna Khatri
Sapna Khatri
BOSTON UNIVERSITY SCHOOL OF LAW
Program on Reproductive Justice
765 Commonwealth Ave. 9th Floor
Boston, MA 02215
(617) 353-3310
sapnak@bu.edu