## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

THE STATE OF LOUISIANA, by and through its
Attorney General, LIZ MURRILL, and ROSALIE
MARKEZICH,

      *Plaintiffs*,

      *v.*

U.S. FOOD AND DRUG ADMINISTRATION,
*et al.*,

      *Defendants*.

Civil Action No. 6:25-cv-01491

Judge: David C. Joseph

Mag. Judge: David J. Ayo

## INTERVENOR-DEFENDANT
## GENBIOPRO, INC.'S NOTICE OF APPEAL

Intervenor-Defendant GenBioPro, Inc. ("GenBioPro") hereby appeals to the United States Court of Appeals for the Fifth Circuit from the portion of the Court's April 7, 2026 Memorandum Ruling (ECF No. 258) that denies GenBioPro's Motion to Dismiss (ECF No. 232). This appeal is based on the Court of Appeals' pendent appellate jurisdiction because the "underpinnings" of GenBioPro's Motion to Dismiss are "inextricably intertwined" with the Court's denial of Plaintiffs' motion for preliminary injunction in the same Memorandum Ruling, from which denial Plaintiffs appealed on April 8, 2026 (ECF No. 259) pursuant to 28 U.S.C. § 1292(a)(1). *Jiao v. Xu*, 28 F.4th 591, 596 (5th Cir. 2022).

Dated: May 1, 2026

Respectfully submitted,

/s/ *Robert J. Katerberg*

Skye L. Perryman
WDLA Temp. Bar No. 918774
Carrie Y. Flaxman
WDLA Temp. Bar No. 918135
Lisa Newman
WDLA Temp. Bar No. 918773
DEMOCRACY FORWARD
  FOUNDATION
P.O. Box 34553,
Washington, DC 20043
Tel: (202) 448-9090
sperryman@democracyforward.org
cflaxman@democracyforward.org
lnewman@democracyforward.org

Robert J. Katerberg
WDLA Temp. Bar No. 918627
Daphne O'Connor
WDLA Temp. Bar No. 918772
ARNOLD & PORTER
  KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Tel: (202) 942-5000
daphne.oconnor@arnoldporter.com
robert.katerberg@arnoldporter.com

/s/ *John Adcock*

John Adcock
ADCOCK LAW LLC
Louisiana Bar No. 30372
8131 Oak Street, Ste 100
New Orleans, LA 70118
Tel:  (504) 233-3125
Fax:  (504) 308-1266
jnadcock@gmail.com

*Counsel for Intervenor-Defendant*
*GenBioPro, Inc.*