No. 26-30203

IN THE

# United States Court of Appeals
# for the Fifth Circuit

THE STATE OF LOUISIANA, *et al.*,

*Plaintiffs-Appellants/Cross-Appellees*,

v.

U.S. FOOD AND DRUG ADMINISTRATION, *et al.*,

*Defendants-Appellees*,

and

DANCO LABORATORIES, LLC,

*Intervenor-Defendant-Appellee/Cross-Appellant.*

On Appeal from the United States District Court
for the Western District of Louisiana, No. 6:25-cv-01491-DCJ-DJA (Joseph, J.)

## DANCO LABORATORIES, LLC'S RESPONSE IN OPPOSITION TO MOTION TO EXPEDITE ORAL ARGUMENT

WILLIAM MOST
MOST & ASSOCIATES
201 St. Charles Ave. Ste. 2500 #9685
New Orleans, LA 70180
(504) 509-5023
william.most@gmail.com

JESSICA L. ELLSWORTH
JO-ANN TAMILA SAGAR
ALEXANDER V. SVERDLOV
DANA A. RAPHAEL
KATHERINE T. MCKAY
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004
(202) 637-5600
jessica.ellsworth@hoganlovells.com

*Counsel for Intervenor-Defendant-Appellee/Cross-Appellant Danco Laboratories, LLC*

June 18, 2026

Danco Laboratories, LLC respectfully submits this response to the motion to expedite filed by Appellants/Cross-Appellees Louisiana and Ms. Markezich. Danco agrees with the reasons offered by the Federal Defendants and GenBioPro, Inc. that there is not good cause for expediting this appeal. *See* Dkts. 160 & 161; Local R. 34.5; *see also* Order Granting Stay, *Danco Lab'ys, LLC v. Louisiana*, No. 25A1207 (U.S.), https://perma.cc/L872-CTFK. And, as GenBioPro pointed out, the motion to expedite ignores the cross-appeals filed by Danco and GenBioPro. *See* Dkts. 127 & 138; Fed. R. App. P. 28.1(f)(4).

Respectfully submitted,

/s/ Jessica L. Ellsworth

| | |
|---|---|
| WILLIAM MOST | JESSICA L. ELLSWORTH |
| MOST & ASSOCIATES | JO-ANN TAMILA SAGAR |
| 201 St. Charles Ave. Ste. 2500 #9685 | ALEXANDER V. SVERDLOV |
| New Orleans, LA 70180 | DANA A. RAPHAEL |
| (504) 509-5023 | KATHERINE T. MCKAY |
| william.most@gmail.com | HOGAN LOVELLS US LLP |
| | 555 Thirteenth Street, N.W. |
| | Washington, D.C. 20004 |
| | (202) 637-5600 |
| | jessica.ellsworth@hoganlovells.com |

*Counsel for Intervenor-Defendant-Appellee/Cross-Appellant Danco Laboratories, LLC*

June 18, 2026

1

## CERTIFICATE OF COMPLIANCE

I hereby certify that this response complies with the requirements of Federal Rule of Appellate Procedure 27(d) because it has been prepared in 14-point Times New Roman, a proportionally spaced font. I further certify that this response complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because it contains 91 words, according to the count of Microsoft Word.

<u>/s/ Jessica L. Ellsworth</u>
Jessica L. Ellsworth

*Counsel for Danco Laboratories, LLC*

**CERTIFICATE OF SERVICE**

I certify that on June 18, 2026, I electronically filed the foregoing response with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system.  I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Jessica L. Ellsworth
Jessica L. Ellsworth

*Counsel for Danco Laboratories, LLC*