# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 22, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 26-30203    State of Louisiana v. FDA
USDC No. 6:25-CV-1491

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

*Christy Combel*

By: _____
Christy M. Combel, Deputy Clerk
504-310-7651

Mr. John N. Adcock
Mr. Jorge Benjamin Aguinaga
Mr. Erik Baptist
Mr. Andrew Marshall Bernie
Ms. Julie Marie Blake
Ms. Deborah Jane Dewart
Ms. Jessica Lynn Ellsworth
Mr. John Patrick Elwood
Ms. Carrie Yvette Flaxman
Mr. Eugene M. Gelernter
Ms. Erin Morrow Hawley
Ms. Jillian Horowitz
Ms. Caitlin Ann Huettemann
Mr. Michael T. Johnson
Mr. Robert J. Katerberg
Mr. Noah T. Katzen
Ms. Meghan K. Matt
Mr. Daniel J. McCoy
Ms. Gabriella McIntyre
Ms. Katherine McKay
Ms. Hilarie M. Meyers
Mr. William Brock Most
Ms. Lisa Newman
Ms. Daphne O'Connor
Ms. Dana A. Raphael
Ms. Jo-Ann Tamila Sagar
Ms. Clara Simone Spera
Ms. Danielle Desaulniers Stempel
Ms. Maria Michelle Uzeta
Mrs. Hadiya Williams
Mr. Daniel Winik
Mr. Daniel W. Wolff