# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

June 22, 2026

Lyle W. Cayce
Clerk

No. 26-30203

STATE OF LOUISIANA, BY &AMP; THROUGH ITS ATTORNEY GENERAL, LIZ MURRILL; ROSALIE MARKEZICH,

*Plaintiffs—Appellants/Cross-Appellees*,

*versus*

FOOD & DRUG ADMINISTRATION; MARTY MAKARY, *Commissioner, U.S. Food and Drug Administration*; RICHARD PAZDUR, *in his official capacity as Director, Center for Drug Evaluation & Research, U S Food & Drug Administration*; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., *Secretary, U.S. Department of Health and Human Services*,

*Defendants—Appellees*,

GENBIOPRO, INCORPORATED,

*Intervenor—Appellee/Cross-Appellant*,

*versus*

DANCO LABORATORIES, L.L.C.,

*Intervenor—Appellee/Cross-Appellant.*

No. 26-30203

---

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:25-CV-1491

---

UNPUBLISHED ORDER

Before SOUTHWICK, DUNCAN, and ENGELHARDT, *Circuit Judges*.
PER CURIAM:

IT IS ORDERED that Appellant's opposed motion to expedite the appeal is GRANTED. An argument date and briefing schedule will be set in due course.