# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court. **Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM unless otherwise noted).***

**Fifth Cir. Case NO.** 26-30203

State of Louisiana, et al. 

(Short Title)       vs. FDA, et al.

The Clerk will enter my appearance as Counsel for Susan B. Anthony Pro-Life America, et al.

(see attachment for additional parties)

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT** ☐ Petitioner(s)   ☐ Respondent(s)   ☑ Amicus Curiae

☐ Appellant(s)   ☐ Appellee(s)   ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

/s/ Heather Gebelin Hacker

(Signature)

heather@hackerstephens.com

(e-mail address)

Heather Gebelin Hacker

(Type or print name)

TX 24103325

(State/Bar No.)

(Title, if any)

Hacker Stephens LLP

(Firm or Organization)

Address 108 Wild Basin Rd. South, Suite 250

City & State Austin, Texas       Zip 78746

Primary Tel. 512-399-3022    Cell Phone: _____ (Optional)

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** Heather Gebelin Hacker

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.

n/a

B. Inquiry of Counsel. To your knowledge:

(1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?    ☐ Yes   ☑ No

(2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?    ☐ Yes   ☑ No

(3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?    ☐ Yes   ☑ No

(4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case _____

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:

Name of Court or Agency _____

Status of Appeal (if any) _____

Other Status (if not appealed) _____

**NOTE: Attach sheet to give further details.**                    DKT-5A REVISED June 2023

<u>Amicus Curiae</u>

Susan B. Anthony Pro-Life America

Charlotte Lozier Institute

Louisiana Right to Life

Texas Right to Life

The March for Life Education and Defense Fund

The National Catholic Bioethics Center

Catholic Medical Association

National Association of Catholic Nurses, USA

Christ Medicus Foundation

Catholic Healthcare Leadership Alliance

National Catholic Partnership on Disability

Texas Alliance for Life

Texans for Life Coalition