

**U.S. Department of Justice**

Civil Division, Appellate Staff

950 Pennsylvania Ave. NW
Washington, DC 20530

Tel: (202) 305-8849

July 9, 2026

**Via CM/ECF**

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 South Maestri Place
New Orleans, LA 70130

      RE:   *Louisiana v. FDA*, No. 26-30203

Dear Mr. Cayce:

The caption in this case lists Richard Pazdur as Director of the Food and Drug Administration's Center for Drug Evaluation and Research. Mr. Pazdur no longer holds that role; it is now occupied by Michael Davis as Acting Director (https://www.fda.gov/about-fda/fda-organization/michael-davis). Because Mr. Davis is automatically substituted for Mr. Pazdur as an official-capacity defendant, *see* Fed. R. App. P. 43(c)(2), we respectfully suggest that the caption be amended to reflect the substitution, as it has already been amended to reflect the substitution of the Commissioner of Food and Drugs.

Thanks for your assistance.

                    Sincerely,

                    */s/ Daniel Winik*
                    Daniel Winik

cc:    All counsel (via CM/ECF)