# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 13, 2026

Mr. Mathew D. Staver
Liberty Counsel
1053 Maitland Center Commons
2nd Floor
Maitland, FL 32751-7214

    No. 26-30203    State of Louisiana v. FDA
                USDC No. 6:25-CV-1491

Dear Counsel,

We have received your paper copies of your Amici Curiae brief.
However, you must make the following corrections and overnight the
copies.

You need to correct or add: Paper copies of your Amici Curiae brief
must be single-sided.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Olivia G. Andry, Deputy Clerk