# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 24, 2026

Mr. Eugene M. Gelernter
Patterson, Belknap, Webb & Tyler, L.L.P.
1133 Avenue of the Americas
New York, NY 10036-6710

  No. 26-30203 State of Louisiana v. FDA
        USDC No. 6:25-CV-1491

Dear Mr. Gelernter,

We received your paper copies of your motion. Because paper copies of motions are not required, we are taking no action on this document.

      Sincerely,

      LYLE W. CAYCE, Clerk

      By: _____
      Olivia G. Andry, Deputy Clerk

cc:
  Ms. Jillian Horowitz
  Ms. Hilarie M. Meyers
  Mrs. Hadiya Williams